FORM 1
Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 17-52121 | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | GILLUM, JULIE A | Date Filed (f) or Converted (c): | 04/06/2017 (f) |
| For the Period Ending: | 12/31/2017 | §341(a) Meeting Date: | 05/16/2017 |
| | | Claims Bar Date: | 08/16/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Make: Chevrolet Model: Cobalt Year: 2007 Other Information: Value reflects price paid for item | $2,400.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Chrysler Model: 200 Year: 2016 Mileage: 136,000 Other Information: Lien Date 12-29-2015 | $4,569.00 | $0.00 | OA | $0.00 | FA |
| 3 | Make: Polaris Model: Ranger 4x4 Year: 2008 Other Information: In possession of Tim Shoop who makes the payments | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Furniture, household items, personal effects | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Electronics | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Clothes | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Pet dog | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Cash | $35.00 | $0.00 | | $0.00 | FA |
| 10 | Checking Wesbanco checking | $250.00 | $0.00 | | $0.00 | FA |
| 11 | Checking PNC | $800.00 | $0.00 | | $0.00 | FA |
| 12 | 401(k) 401(k) | $3,029.00 | $0.00 | | $0.00 | FA |
| 13 | Workers' compensation claim pending DOI June 27, 2015 Agee, Clymer, Mitchell & Laret | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Fraudulent conveyance of real property | $180,000.00 | $180,000.00 | | $0.00 | $180,000.00 |
| 15 | Claim against Robert and Joan Callahan (u) | $0.00 | $4,000.00 | | $0.00 | $4,000.00 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

$194,333.00      $184,000.00      $0.00      $184,000.00

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 17-52121 | | | Trustee Name: | Susan L. Rhiel |
| Case Name: | GILLUM, JULIE A | | | Date Filed (f) or Converted (c): | 04/06/2017 (f) |
| For the Period Ending: | 12/31/2017 | | | §341(a) Meeting Date: | 05/16/2017 |
| | | | | Claims Bar Date: | 08/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/31/2017   The primary asset in this case is the transfer of real estate to an ex boyfriend of the Debtor. The Trustee has investigated the transfer and made demand upon the transferee. In an effort to limit the allowed claims of the estate, the transferee has engaged in discovery regarding the validity of a claim filed by the Debtor's parents and, on September 14, 2017, filed an Objection to that claim [Doc. #30]. The matter remains pending.

In the course of the discovery, the Trustee learned about an alleged transfer from the Debtor to her parents in the year preceding the petition date. The Trustee is evaluating this transfer.

**Initial Projected Date Of Final Report (TFR):** 05/31/2018     **Current Projected Date Of Final Report (TFR):** 12/31/2018     /s/ SUSAN L. RHIEL

SUSAN L. RHIEL